IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LABRYSON SNIDER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 19-0266-KD-MU |
| TOM BOATWRIGHT, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 22, 2019 (doc. 7), is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED without prejudice for failure to prosecute and to obey the Court's Order.

Done this the 13th day of September 2019.

                                          s/ Kristi K. DuBose
                                          KRISTI K. DuBOSE
                                          CHIEF UNITED STATES DISTRICT JUDGE